IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Bank of Arizona, a national banking association,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Mark Hayashi, an individual,<br><br>　　　　Defendant. | No. CV-06-2097-ROS<br><br>**JUDGMENT** |

　　　On April 4, 2007, the Clerk entered the default of Defendant Mark Hayashi.

　　　Accordingly,

　　　**IT IS ORDERED** the Motion for Default Judgment (Doc. 24) is **GRANTED**. Judgment is entered against Defendant Mark Hayashi in the amount of $108,000. Post-judgment interest shall accrue at the statutory rate.

　　　**IT IS FURTHER ORDERED** Plaintiff may submit a statement of costs and an application for attorneys' fees pursuant to the procedures outlined in the Local Rules.

1
2
3
4   DATED this 12th day of April, 2007.
5
6
7   _____
8   Roslyn O. Silver
    United States District Judge
9
...
28

- 2 -